UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAN, | No. 2:19-cv-506-TLN-KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 17.) |
| WAL-MART, INC., et al., | |
| Defendants. | |

On January 23, 2020, Defendant filed a motion to compel discovery, and set the matter for a February 13, 2020 hearing. (ECF No. 17.) Under Local Rule 251, the parties were required to submit a joint statement, no later than seven days prior to the hearing, outlining the nature of the case, the discovery at issue, and the parties' meet-and-confer issues. See L.R. 251(a), (b). Although the February 6, 2020 deadline has now passed, no joint statement regarding the discovery disagreement was filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 17) is DENIED WITHOUT PREJUDICE;
2. The February 13, 2020 hearing is VACATED.

Dated: February 7, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1