**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673

TIMOTHY J. GONZALES, STATE BAR NO. 234923
tg@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318685
lb@brockgonzales.com

**Attorneys for Plaintiff**
JEROME CHAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:19-cv-00506-TLN-KJN**<br>Judge: Hon. Troy L. Nunley<br>Magistrate: Hon. Kendall J. Newman<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE FOR FACT DISCOVERY CUT-OFF; ORDER** |

1
JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE FOR FACT DISCOVERY CUT-OFF

## JOINT STIPULATION

**IT IS HEREBY STIPULATED AND AGREED TO** by and between plaintiff JEROME CHAN ("Plaintiff"), by his attorneys of record, and defendant WALMART INC. ("Defendant"), by its attorneys of record, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below, namely to modify and revise the dates previously modified in the Joint Stipulation to Modify Initial Pretrial Scheduling Order approved by this Court on October 16, 2019 (Dkt. No. 8):

1. **WHEREAS**, Plaintiff filed his Complaint in the Superior Court for the State of California, County of Solano on February 13, 2019;

2. **WHEREAS**, Defendant timely filed and served an Answer to Plaintiff's Complaint in the Solano County Superior Court on March 20, 2019;

3. **WHEREAS**, on March 21, 2019, Defendant timely removed this action to the above- captioned Court;

4. **WHEREAS**, on March 22, 2019, this Court issued an Initial Pretrial Scheduling Order ("Pretrial Scheduling Order"), which ordered, *inter alia*, the following dates:

    a. Completion of discovery by November 15, 2019 (240 days from Initial Pretrial Scheduling Order);

    b. Designation of expert witnesses by January 14, 2020 (60 days from close of discovery);

    c. Designation of supplemental experts by February 13, 2020 (30 days from expert disclosure);

    d. Last day to file dispositive motions by May 13, 2020 (180 days from close of discovery);

    e. Last day to file joint notice of trial readiness, if no party intends to file a dispositive motion, by March 14, 2020 (120 from close of discovery).

5. **WHEREAS**, on October 16, 2019, pursuant to the Parties' Joint Stipulation to

Modify the Initial Pretrial Scheduling Order and good cause appearing therein, this Court ordered, *inter alia*, the following dates:

    a.    Completion of discovery by January 14, 2020;

    b.    Designation of expert witnesses by March 14, 2020 (60 days from close of discovery);

    c.    Designation of supplemental experts by April 13, 2020 (30 days from expert disclosure);

    d.    Dispositive motion(s) filed by no later than July 12, 2020 (180 days from close of discovery); and

    e.    Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than May 13, 2020 (120 days from close of discovery).

**6.** **WHEREAS**, on December 20, 2019, pursuant to the Parties' Joint Stipulation to Modify the Initial Pretrial Scheduling Order and good cause appearing therein, this Court ordered, *inter alia*, the following dates:

    a.    Completion of discovery by February 13, 2020;

    b.    Designation of expert witnesses by April 13, 2020 (60 days from close of discovery);

    c.    Designation of supplemental experts by May 13, 2020 (30 days from expert disclosure);

    d.    Dispositive motion(s) filed by no later than August 11, 2020 (180 days from close of discovery); and

    e.    Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than June 12, 2020 (120 days from close of discovery).

**6.** **WHEREAS**, the Parties have diligently engaged in discovery.

**7.** **WHEREAS**, the Parties agree that despite diligently engaging in the discovery process, additional time is needed to complete outstanding fact witness depositions that have

been unable to proceed as previously noticed due to unavailability of the witnesses on a date before the discovery cutoff and scheduling conflicts.

**8.** **WHEREAS**, the Parties have agreed to mediate this matter and are diligently working on scheduling one for a date within the next 30 days.

**9.** **WHEREAS**, in the event that this matter does not resolve at mediation, the Parties would like additional time to complete necessary fact witness depositions.

**10.** **WHEREAS**, good cause exists to modify the Pretrial Schedule because further litigation may be unnecessary if the parties are able to resolve the matter through mediation.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, **AGREE AND HEREBY STIPULATE** that good cause exists to modify the Pretrial Schedule as follows:

a. Completion of fact discovery by March 13, 2020;

b. Designation of expert witnesses by April 13, 2020;

c. Designation of supplemental experts by May 13, 2020 (30 days from expert disclosure);

d. Dispositive motion(s) filed by no later than August 11, 2020; and

e. Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than August 20, 2020.

**IT IS SO STIPULATED.**

Dated: February 11, 2020

BROCK & GONZALES, LLP

By: /s/ Christopher P. Brandes
Christopher P. Brandes
Lindsay L. Bowden
Attorneys for Plaintiff
JEROME CHAN

4
JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE FOR FACT DISCOVERY CUT-OFF

Dated: February 11, 2020    FORD & HARRISON LLP

By: /s/ Tim L. Reed
Tim L. Reed
Daniel Lyman
Attorneys for Defendant
WALMART INC. (erroneously sued as WAL-MART STORES, INC.)

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the Pretrial Scheduling Order be modified as follows:

    a.    Completion of fact discovery by March 13, 2020;

    b.    Designation of expert witnesses by April 13, 2020;

    c.    Designation of supplemental experts by May 13, 2020 (30 days from expert disclosure);

    d.    Dispositive motion(s) filed by no later than August 11, 2020; and

    e.    Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than August 20, 2020.

IT IS SO ORDERED.

DATED: February 19, 2020

_____
Troy L. Nunley
United States District Judge